**No. 24-2328**

# United States Court of Appeals
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
PLAINTIFF-APPELLEE

*v.*

JAIME TOVAR-DURAN,
DEFENDANT-APPELLANT

*On Appeal from the United States District Court*
*for the Southern District of California*
*19MJ24405-BLM-GPC*

## UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING

The United States of America moves for a 30-day extension of time until October 28, 2026, to file petition for rehearing in this case. The reasons are set forth in the attached declaration.

ADAM GORDON
*United States Attorney*

DANIEL E. ZIPP
*Assistant U.S. Attorney*
*Chief, Appellate Section*
*Criminal Division*

*880 Front St., Rm. 6293*
*San Diego, CA 92101*
*(619) 546-8463*

SEPTEMBER 18, 2026.

**DECLARATION**

I, Daniel E. Zipp, declare as follows:

1. I am an Assistant United States Attorney for the Southern District of California and am assigned to handle this appeal.

2. This Court issued an opinion in this case on September 14, 2026. The deadline for filing any petition for rehearing is September 28, 2026. Fed R. App. P. 40.

3. I respectfully request a 30-day extension, until October 28, 2026, to file petition for rehearing. The extension of time is necessary to consult with the Department of Justice and the Solicitor General's office on whether to seek further review. See Justice Manual § 2-2-122.

4. Tovar-Duran was sentenced to time served on February 19, 2020. He is not in criminal custody.

5. Tovar-Duran's counsel, Jessica Agatstein, does not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct.

S/DANIEL E. ZIPP
*Assistant U.S. Attorney*

SEPTEMBER 18, 2026.